## HIRAM DUEL *et al.* agt. JAMES FISHER.

A party has eight days to serve notice of appeal from decision of circuit judge *from the time notice of the decision is served on him;* not eight days from the time of *signing* the decision by the circuit judge.

*December Term,* 1845.

MOTION by plaintiffs to set aside order of circuit judge, and to dismiss appeal.

The circuit judge denied defendant's motion for a new trial in this cause and signed his decision on the 10th of October, 1845.    On the 16th of October, plaintiff's attorney served a notice thereof on defendant's attorney; on the 23d of October, defendant's attorney served on plaintiff's attorney a copy order staying proceedings and notice of appeal to this court, from the decision of the circuit judge.    Plaintiffs moved to vacate the order obtained and served by defendant's attorney on the 23d of October, on the ground that defendant's attorney should have served the order within eight days after the *signing* of the decision by the circuit judge.

S. STEVENS, *plaintiffs' counsel.*
B. F. AGAN, *plaintiffs' attorney.*
J. W. THOMPSON, *defendant's counsel and attorney.*

JEWETT, Justice.    Denied the motion with costs, on the ground that the defendant had eight days from the time of

*service of notice* of the decision of the circuit judge; defendant was regular. (*S. C. Rules*, 82d; 18 *Wend.*, 553; 18 *Wend.*, 590; 22 *Wend.*, 629; 12 *Wend.*, 241; 13 *Wend.*, 656.)